UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHDIAR VALEFI, *Pro Se*,

    Plaintiff,

v.   Civil Action No. 25-2452 (TNM)

MARCO RUBIO, Secretary of State, *et al.*,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice.

Dated:  November 24, 2025   Respectfully submitted,
    Washington, DC

JEANINE FERRIS PIRRO
By: /s/           United States Attorney
    MAHDIAR VALEFI
    Grasplantsoen 49
    Eindhoven, 5658HE   By: /s/ *David S. Bettwy*
    The Netherlands      DAVID S. BETTWY, D.C. Bar #155148
    Mavalefi@gmail.com   Assistant United States Attorney
                         601 D Street, NW
*Pro Se Plaintiff*      Washington, DC 20530
                         (202) 252-2410
                         David.Bettwy@usdoj.gov

*M. Valefi*

*Attorneys for the United States of America*

4